Plantiff; James S Pomeroy Sr. 179 West Shore Dr Ashburnham
James S Pomeroy Jr. (Deceased)

Defendant; Ashburnham Westminster Region District
2 Narrows Rd - Suite 101
Westminster, MA. 01473

My complaint Alleges that my son, A sixteen year old, Regular Education student Enrolled At Oakmont Regional High School (Ashburnham - Westminster Regional School Dist.) was suspended June 10, 2003 For The Alleged distribution of Drugs My son was Refused to have counsel, Talk with Parents, Face witnesses.
I Feel They Violated M.G.L. 37 + 37½ in Addition to Goss v Lopez 419 U.S. 565 (1975)

James D Pomeroy
Pro Se

03-40283

RECEIPT # 104234
AMOUNT $ 150.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. KH
DATE 12/16/03

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2003 DEC 16 A 10:35

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

Case 4:03-cv-40283-FDS    Document 1    Filed 12/16/2003    Page 2 of 3

03-40283 

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requir by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the u of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
James S Pomeroy
James S Pomeroy Jr. (Deceased)

## DEFENDANTS
Ashburnham Westminster School District

FILED IN CLERKS OFFICE
2003 DEC 16 A 10:35
US DISTRICT COURT
DISTRICT OF MASS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Worchester
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Worchester
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro Se Litigant
978 827 4989

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen of This State: PTF [X]1  DEF [X]1

## IV. NATURE OF SUIT
[■] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Due Process of Law. My son was Expelled from school without A Hearing, A chance to Present Witnesses, Face his Accusers

## VII. REQUESTED IN COMPLAINT:
DEMAND $
JURY DEMAND: [X] YES

03-40283

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Pomeroy vs. Ashburnham Westminster Regional School District_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ✓ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

    *Also complete AO 120 or AO 121
    for patent, trademark or copyright cases

    ___ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ___ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐    Central Division ☒    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _James S Pomeroy Pro Se Litigant_
ADDRESS _179 West Shore Dr. Ashburnham, MA 01430_
TELEPHONE NO. _978-827-4989_

Coversheetlocal.wpd - 10/17/02