UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN -5 A 10: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES S. POMEROY SR., and )
JAMES S. POMEROY JR., )
(Deceased) )
    Plaintiff, )
)
v. )   C.A. NO. 03-40283NMG
)
ASHBURNHAM WESTMINSTER )
REGIONAL SCHOOL DISTRICT, )
    Defendant. )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant Ashburnham Westminster Regional School District, in the above-captioned case.

Respectfully Submitted,

_/s/ William P. Breen_
William P. Breen, Jr. BBO# 558768
Joseph T. Bartulis BBO# 561025
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

Dated: December 31, 2003

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on this 31st day of December, 2003, he served a copy of the foregoing Notice of Appearance via first class mail, upon the following:

James S. Pomeroy
79 West Shore Drive
Ashburnham, MA 01430

_____
William P. Breen, Jr.