```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

**James S. Pomeroy, Sr.,**
      **Plaintiff,**

                                                           CIVIL ACTION
      v.                                                      NO. 03-40283-FDS

**Ashburnham Westminster**
**Regional School District,**
      **Defendant,**


### ORDER TO SHOW CAUSE

<u>SAYLOR, D.J.</u>

    The Plaintiff is hereby order to show cause why this case should not be dismissed for failure to file a more definite statement as ordered on 2/9/04. The plaintiff shall until 1/10/05 to file an appropriate filing or this case will be dismissed for want of prosecution.

So ordered.

                                              <u>/s/ Martin Castles</u>
                                              Martin Castles
                                              Deputy Clerk

Date: December 10, 2004