

Plaintiff, James S Pomeroy Sr.  Whereas Or Ashburnham
James S Pomeroy Jr. (Deceased)

Defendant; Ashburnham Westminster Region District
2 Narrows Rd - Suite 101
Westminster, MA. 01473

My complaint Alleges That my son, A sixteen
year old, Regular Education student Enrolled At
OAKmont Regional High School (Ashburnham -
Westminster Regional school Dist.) WAS suspended
June 10, 2003 For The Alleged distribution of Drugs
My son WAS Refused to have counsel, TAlK with
Parents, Face witnesses.
I Feel They Violated M.G.L. 37 + 37½ in
Addition to Goss v Lopez 419 U.S. 565 (1975)

James D Pomeroy
Pro Se

03-40283

FILED
IN CLERKS OFFICE
2003 DEC 16 A 10: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT #104234
AMOUNT $ 150.00
SUMMONS ISSUED  /
LOCAL RULE 4.1  ✓
WAIVER FORM  ✓
MCF ISSUED  ✓
BY DPTY. CLK.  XH
DATE 12.16.03