

# William P. Breen, Jr.

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Tuesday, February 10, 2004 10:53 AM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 4:03-cv-40283-NMG Pomeroy v. Ashburnham-Westminster Regional School District "Order on Motion for More Definite Statement" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Castles, Martin entered on 2/10/2004 at 10:53
AM EST and filed on 2/9/2004


Case Name: Pomeroy v. Ashburnham-Westminster Regional School District Case Number: 4:03-
cv-40283 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?89732

Document Number:
Copy the URL address on the line below into the location bar of your Web browser to view
the document:

Docket Text:
Judge Nathaniel M. Gorton : Electronic ORDER entered granting [3] Motion for More Definite
Statement. (cc/cl)   (Castles, Martin)

The following document(s) are associated with this transaction:



4:03-cv-40283 Notice will be electronically mailed to:
Joseph T. Bartulis                                         JBartulis@MHTL.com

William P Breen                                            wbreen@mhtl.com



4:03-cv-40283 Notice will not be electronically mailed to: James S. Pomeroy 79 West Shore
Drive Ashburnham, MA 01430
```

1