UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


James S. Pomeroy, Sr.,
          Plaintiff,

                                              CIVIL ACTION
          v.                                  NO. 03-40283-FDS

Ashburnham Westminster
Regional School District,
          Defendant,


ORDER TO SHOW CAUSE

SAYLOR, D.J.

     The  Plaintiff is hereby ordered to appear in person and show

cause, on Tuesday, February 14, 2006 at 3:30PM in Courtroom # 2,

why this case should not be dismissed for failure of the plaintiff

to appear at the January 12, 2006 scheduling conference and for

failure to adhere to other procedural requirements.  Failure to

appear on this date and time will result in the dismissal of this

action for want of prosecution.  Defendant's counsel may appear by

telephone for this conference.

So ordered.

                               /s/ Martin Castles
                              Martin Castles
                              Deputy Clerk


Date: January 12, 2006