UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | C.A. NO. 03-40283FDS |
| JAMES S. POMEROY, SR., and ) | |
| JAMES S. POMEROY, JR. ) | |
| (Deceased) ) | |
|     Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| ASHBURNHAM WESTMINSTER ) | |
| REGIONAL SCHOOL DISTRICT ) | |
|     Defendant ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as an attorney for Defendant Ashburnham Westminster Regional School District in the above captioned case.

Respectfully submitted,

/s/ Rebecca L. Andrews
Rebecca L. Andrews, Esq., BBO #644846
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

Dated:  February 14, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on February 14, 2006.

                                              /s/ Rebecca L. Andrews
                                              Rebecca L. Andrews