UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES S. POMEROY SR., and<br>JAMES S. POMEROY JR.,<br>(Deceased)<br>    Plaintiff,<br><br>v.<br><br>ASHBURNHAM WESTMINSTER<br>REGIONAL SCHOOL DISTRICT,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. NO. 03-40283FDS |

**DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME
TO MAKE INITIAL DISCLOSURES PURSUANT TO RULE 26**

NOW COMES the Defendant and respectfully moves the Court to extend its time to provide its initial disclosures pursuant to Rule 26 through and including March 14, 2006. As grounds for this motion the Defendant states that it is engaged in discussions with the Plaintiff which may result in resolution of the issues in dispute, and that additional time is needed to explore potential resolution of the issues and to compile documents.

In further support of this motion, the Defendant states that on February 28, 2006 its attorney discussed the present motion with the Plaintiff and determined that the Plaintiff would assent to the extension of time requested.

WHEREFORE, the Defendant respectfully moves the Court to extend its time to provide its initial disclosures pursuant to Rule 26 through and including March 14, 2006.

        Respectfully Submitted,

        The Defendant,
        ASHBURNHAM WESTMINSTER REGIONAL
        SCHOOL DISTRICT,
        By its attorneys,

        /s/ William P. Breen, Jr.
        William P. Breen, Jr. BBO# 558768
        Joseph T. Bartulis BBO# 561025
        MURPHY, HESSE, TOOMEY & LEHANE, LLP
        300 Crown Colony Drive, Suite 410
        Quincy, MA 02169
        (617) 479-5000

Dated: February 28, 2006

## Certification Pursuant to Local Rule 7.1

The undersigned attorney certifies that prior to filing the above motion, he conferred in good faith with the Plaintiff to narrow the issues raised by this motion.

/s/ William P. Breen, Jr.

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 28, 2006.

/s/ William P. Breen, Jr.