UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES S. POMEROY SR., and )<br>JAMES S. POMEROY JR., )<br>(Deceased) )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ASHBURNHAM WESTMINSTER )<br>REGIONAL SCHOOL DISTRICT, )<br>    Defendant. )<br>) | C.A. NO. 03-40283FDS |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Rebecca L. Andrews hereby serves notice of her withdrawal of appearance as counsel for Defendant Ashburnham Westminster Regional School District.

                                                                      Respectfully submitted,

                                                                      /s/ Rebecca L. Andrews
                                                                      Rebecca L. Andrews, Esq., BBO #644846
                                                                      Murphy, Hesse, Toomey & Lehane, LLP
                                                                      300 Crown Colony Drive, Suite 410
                                                                      Quincy, MA 02110
                                                                      (617)479-50000

Date:  March 9, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 9, 2006.

                                                   /s/ Rebecca L. Andrews
                                                   Rebecca L. Andrews