UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES S. POMEROY SR., and )<br>JAMES S. POMEROY JR., )<br>(Deceased) )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>ASHBURNHAM WESTMINSTER )<br>REGIONAL SCHOOL DISTRICT, )<br>    Defendant. )<br> ) | C.A. NO. 03-40283FDS |

**NOTICE OF WITHDRAWAL OF COUNSEL**

    William P. Breen, Jr., hereby serves notice of his withdrawal as counsel for Defendant Ashburnham Westminster Regional School District..

    Respectfully submitted,

    /s/ William P. Breen, Jr.
    William P. Breen, Jr., BBO# 558768
    MURPHY, HESSE, TOOMEY & LEHANE, LLP
    300 Crown Colony Drive, Suite 410
    Quincy, MA 02169
    (617) 479-5000

Dated: April 19, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on April 19, 2006

      /s/ William P. Breen, Jr.
      William P. Breen