UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES S. POMEROY SR., and<br>JAMES S. POMEROY JR.,<br>(Deceased)<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>ASHBURNHAM WESTMINSTER<br>REGIONAL SCHOOL DISTRICT,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.  03-40283FDS |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Karis L. North as Counsel on behalf of the Defendant, ASHBURNHAM WESTMINSTER REGIONAL SCHOOL DISCTRICT, in connection with the above-captioned matter.

The Defendant,
ASHBURNHAM WESTMINSTER REGIONAL
SCHOOL DISTRICT,
By its attorneys,


*/s/ Karis L. North*
Karis L. North BBO# 648998
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126
(617) 479-5000

Dated: November 2, 2006

**CERTIFICATE OF SERVICE**

      I hearby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on November 2, 2006

                                                                                */s/ Karis L. North*
                                                                                Karis L. North