**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JAMES S. POMEROY, JR.,

      Plaintiff,                                 CIVIL ACTION
v.                                                  NO.  03-40283-FDS

ASHBURNHAM-WESTMINISTER
REGIONAL SCHOOL DISTRICT,

      Defendants,

**AMENDED REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO: JUDGE SAYLOR

HILLMAN, M.J.

On   January 26, 2007   I held the following ADR proceeding:

\_\_\_\_   EARLY NEUTRAL EVALUATION      _X_   MEDIATION
\_\_\_\_   MINI-TRIAL                                 \_\_\_\_\_   SUMMARY JURY TRIAL
\_\_\_\_   SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

(X)    Settled.
( )    There was progress.  A further conference has been scheduled for _____.
         unless the case is reported settled prior to that date.
( )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
         productive.  This case should be restored to your trial list.


January 26, 2007                                    /s/ Timothy S. Hillman
Date                                                 TIMOTHY S. HILLMAN, M.J.