UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES S. POMEROY SR., and )<br>JAMES S. POMEROY JR., )<br>(Deceased) )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ASHBURNHAM WESTMINSTER )<br>REGIONAL SCHOOL DISTRICT, )<br>    Defendant. )<br>_____) | C.A. NO. 03-40283FDS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of all claims as against the Defendant, with prejudice, with all parties bearing their own costs and fees, and waiving all rights of appeal.

The Plaintiff
JAMES S. POMEROY, SR.

_____
James S. Pomeroy, Jr.
Plaintiff *Pro Se*
79 West Shore Drive
Ashburnham, MA 01430

The Defendant,
ASHBURNHAM WESTMINSTER REGIONAL
SCHOOL DISTRICT,
By its attorneys,

_____
Karis L. North BBO# 648998
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126
(617) 479-5000